UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EUGENE RUSSELL

    v                                                                   3:00-cv-1116 (SRU)

JOHN ARMSTRONG

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiff's petition for writ of habeas corpus.

The Court has reviewed all of the papers filed in conjunction with the petition and on February 3, 2006, entered a Ruling denying the petition.

Therefore, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus is denied and the case is closed.

Dated at Bridgeport, Connecticut, this 10th day of February 2006.

                                                              KEVIN F. ROWE, Clerk

                                                        By  /s/ Alice Montz_____
                                                                Deputy Clerk

Entered on Docket _____