UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 MAR -3 P 1:53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

Eugene Russell
_____
Plaintiff(s),

v.

Case No. 3:00-CV-01116-SRU

John Armstrong
_____
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_Eugene J. Russell_
Original Signature

Eugene J. Russell
Name (print or type)
MacDougall Corr. 1153 East St. South
Street Address
Suffield    CT    06080
City        State    Zip Code
(   )
Telephone Number

Rev.10/3/05                    1