UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 MAR -3  P 1:53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## FINANCIAL AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

Eugene Russell,
Plaintiff(s),

v.

John Armstrong,
Defendant(s).

Case No. 3:00-CV-01116-SRU

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ____ Married ____ Separated ____ Divorced ✓
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____ No ✓
Dependents: Wife ____ Children # ____ Others # ____
and relationship _____
Please provide the names and ages of your children. If a child is a minor, please identify the child by initials only.
Name _____ Age _____
Name _____ Age _____
Name _____ Age _____

**RESIDENCE**
Street Address: McDougal Corr Center 1153 East St. South
City: Suffield          State: CT
Zip Code: 06080   Telephone: ____

Rev.10/3/05               2

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School  K 1 2 3 4 5 6 7 8     High School  9 10 11 12
College  1 (2) 3 4    Post-Graduate  1 2 3 4

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
How long employed by present employer: _____
Income:  Monthly _____    Weekly _____

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the ____ day of _March_, 19_88_
The name of my last employer: _Morrell Machine_
Address: _East Windsor, CT_
Telephone #: (   ) _____
The last salary or wages received: _$450.00_

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:  Monthly _____    Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits since: _____.
I am receiving $_____ monthly _____ weekly _____.

**FINANCIAL STATUS**
Owner of real property?  Yes ____  No _✓_
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____

Rev.10/3/05                             3

Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____                                        *None*
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile: Make _____ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____ *None*
Owed to: _____
Amount owed: _____

Cash or Securities on hand:
Cash in banks and savings and loan associations: _0_
Names and addresses of banks and associations: _____
_____

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds : _____
_____

**OBLIGATIONS:**
Monthly rental on house or apartment: $____0____
Monthly mortgage payment on house: $____0____
Gas bill per month: $____0____
Electric bill per month: $____0____
Phone bill per month: $____0____
Car payments per month: $____0____
Car insurance payments per month: $____0____
Other types of insurance payments per month $____0____
Monthly payments to retail merchants: $____0____
  Please list: _____ $____0____
  Please list: _____ $____0____
Monthly payments on any other outstanding
loans or debts: $____0____
  Please list: _____ $____0____
  Please list: _____ $____0____
Any money owed to doctors, hospitals, lawyers
  Please list: _____ $____0____
  Please list: _____ $____0____
Monthly payment for maintenance or child support
under separation or dissolution agreement: $____0____
Estimated monthly expenditure on food: $____0____

Rev.10/3/05                          4

Estimated monthly expenditure on clothing:    $ 0

Total amount of monthly obligations:    $ 0

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):

_____
_____
_____

**PREVIOUS LITIGATION:**

If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Date: Feb 15, 2006            *Eugene J Russell*
                              Original Signature of Affiant

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: Feb 15, 2006            *Eugene J Russell*
                              Original Signature of Affiant

Rev.10/3/05                    5