FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 MAR -3  P 1: 53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Eugene Russell

v.

John Armstrong

CIVIL CASE NO. 3:00 CV 1116 (SRU)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Eugene Russell__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order): Case 3:00-CV-0116-SRU
Document 42 Filed 02/03/2006    Pages 1-15

2. The Judgment /Order in this action was entered on __02/03/2006__.
(date)

_Eugene J. Russell_
Signature

Eugene J. Russell
Print Name

McDougal C.I. 1153 E Street South
Suffield, CT 06080
Address

Date: Feb 15-2006

Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EUGENE RUSSELL

v                                                                3:00-cv-1116 (SRU)

JOHN ARMSTRONG

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiff's petition for writ of habeas corpus.

The Court has reviewed all of the papers filed in conjunction with the petition and on February 3, 2006, entered a Ruling denying the petition.

Therefore, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus is denied and the case is closed.

Dated at Bridgeport, Connecticut, this 10th day of February 2006.

KEVIN F. ROWE, Clerk

By  /s/ Alice Montz
      Deputy Clerk

Entered on Docket _____