

D.Conn.
00-cv-01116
Underhill, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street in the City of New York, on the 6th day of October two thousand six,

Present:

> Hon. Jon O. Newman,
> Hon. José A. Cabranes,
> Hon. Robert D. Sack,
> *Circuit Judges.*



_____

Eugene Russell,

                    Petitioner-Appellant,

                 v.                                              06-1126-pr

John Armstrong, of CT Corr.,

                    Defendant-Appellee.

_____

Appellant, pro se, moves for a certificate of appealability, appointment of counsel, and a continuance pending appointment of counsel. Upon due consideration, it is ORDERED that the motions are denied and the appeal is dismissed. The appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c).

                    FOR THE COURT:
                    Roseann B. MacKechnie, Clerk

                    By: *Lucille Carr*
                    _____

OCT 16 2006

MAB

A TRUE COPY
Thomas Asreen, Acting Clerk

by_____
        Deputy Clerk

Issued as Mandate: ┌JAN 2 3 2007